In the Matter of CARL A.G., Appellant, v MYRIAM L.S., Respondent. [847 NYS2d 876]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 1,

2006 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.